UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHMOUD ALI MEHDI,

       Petitioner,                                          Case No. 5:05-cv-48

v.                                                           Hon. Richard Alan Enslen

ALBERTO GONZALES, et al.,

       Respondents.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 20, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss Habeas Petition (Dkt. No. 10) is **GRANTED in part and DENIED in part** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Petitioner's request to be released pending resolution of his challenge to his final order of removal is **DISMISSED** for lack of jurisdication.

**IT IS FURTHER ORDERED** that the portion of Petitioner's Petition for Writ of Habeas Corpus seeking review of his final order of removal is transferred to the Sixth Circuit Court of Appeals for resolution.

Dated in Kalamazoo, MI:                                  /s/Richard Alan Enslen
July 15, 2005                                                 Richard Alan Enslen
                                                          United States District Judge